Pearson, J.
 

 As it is has turned out, it was unfortunate for tbe plaintiff that he made Robert Henry, sr., a defendant, but as he was sued, he had reason to suppose the plaintiff would be able to offer some evidence tending to make out a cause of action against him. As the defendants severed in their pleas, he had a right to summon witnesses in his behalf, and as a verdict was given in his favor, he had a right to have t.iose witnesses taxed as part of his costs.
 
 s
 
 There is no proof set out in the case, to support the suggestion of fraud, and there is no suggestion that the defendant, for the purpose of vexation, summoned more than two witnesses as to each fact. There is no error.
 

 Judgment affirmed.